# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JONATHAN VENEGAS

    Plaintiff,

v.

CHEF RAINER, LLC, *et al.*,

    Defendants.

Case No. 2:24-cv-01541-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by November 8, 2024.

IT IS SO ORDERED.

Dated: November 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge